# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1630

_____

Leon Jackson Rice, Jr.

*Plaintiff - Appellant*

v.

Greg Blankenship, Officer, North Little Rock Police Department; Dan Haley, Officer, North Little Rock Police Department; Anthony Neff, Sergeant, North Little Rock Police Department; Robert Griffin, Sgt., North Little Rock Police Department; Danny E. Bradley, Chief of Police, North Little Rock Police Department; J. Kovach, Lt., North Little Rock Police Department; Scott Duncan; Natalie Dickson, Public Defender, Pulaski County

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 26, 2015
Filed: January 29, 2015
[Unpublished]

_____

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Inmate Leon Jackson Rice, Jr. appeals the district courts[1] adverse entry of judgment following a jury trial in his 42 U.S.C. § 1983 action. Upon careful consideration of the issues Rice raises on appeal, we find no basis for reversal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.